618 A.2d 392

COMMONWEALTH of Pennsylvania,

v.

Calvin WILLIAMS, Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 7, 1992.

Decided Jan. 7, 1993.

Stuart B. Levy, Asst. Public Defender, for appellant.

Ronald Eisenberg, Deputy Dist. Atty., Catherine Marshall, Chief, Appeals Div., Hugh J. Burns, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and MONTEMURO, JJ., dissent.